IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP L. ODOM,
    Petitioner,

vs.                                   Case No. 3:08cv454/LAC/EMT

SHERIFF WENDALL HALL, et al.,
    Respondents.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 20, 2008 (Doc. 5).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed, if any.

    Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice on the ground that the abstention doctrine set forth in <u>Younger v. Harris</u>, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971) applies.

    **DONE AND ORDERED** this 18th day of November, 2008.

                                                       s/*L.A. Collier*
                                                       **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**